No. 311. IDA A. VAN DYKE *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 312. CLEVE W. VAN DYKE *v.* SAME. March 5, 1934. Petition for rehearing denied. See *ante,* p. 642.

No. 347. STANDARD OIL CO. *v.* CALIFORNIA. March 5, 1934. Petition for rehearing denied. See *ante,* p. 242.

No. 653. NEW AMSTERDAM CASUALTY CO. *v.* UNITED STATES. March 5, 1934. Petition for rehearing denied. See *post,* p. 662.

No. 588. HINDERLIDER, STATE ENGINEER, ET AL. *v.* LA PLATA RIVER & CHERRY CREEK DITCH CO. Argued March 6, 7, 1934. Decided March 12, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Haseltine v. Central National Bank,* 183 U.S. 130; *Schlosser* v. *Hemphill,* 198 U.S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Comm'n,* 226 U.S. 99, 101; *Gulf Refining Co.* v. *United States,* 269 U.S. 125, 135, 136; *Georgia Ry. Co.* v. *Decatur,* 262 U.S. 432, 437. *Mr. Ralph L. Carr* and *Mr. Paul P. Prosser,* Attorney General of Colorado, with whom *Messrs. Charles Roach* and *Jean S. Breitenstein* were on the brief, for appellants. *Mr. Reese McCloskey* for appellee.

No. —, original. EX PARTE RICHFIELD OIL CO. ET AL. March 12, 1934. The motions for leave to file petitions for writs of mandamus are denied. *Mr. George B. Springston* for petitioners.

No. —, original. EX PARTE GOLDSMITH. March 12, 1934. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. H. Ely Goldsmith, pro se.*